

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FILED
JAN 2 0 2006
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

VAUGHN WAYNE MONROE

    Petitioner,

CIVIL ACTION NO. 04-74885

-vs-

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

HAROLD WHITE

    Respondent.
_____/

## ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation, filed on November 18, 2005, as well as any objections filed thereto.

**IT IS ORDERED** that the Report and Recommendation is accepted and entered as the findings and conclusions of this Court, and that the application for the writ of habeas corpus is DENIED.

_/s/ Paul D. Borman_
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

DATED  JAN 2 0 2006